# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2007

131909

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SANDY VANAKA GORDON,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131909
COA: 261838
Wayne CC: 04-010074-01

_____/

On order of the Court, the application for leave to appeal the June 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARKMAN, J., dissents and states as follows:

I would direct that oral argument be heard on the application for leave to appeal to determine whether attempted carrying a concealed weapon constitutes a "specified felony" under MCL 750.224f(6)(iii).

KELLY, J., joins the statement of MARKMAN, J.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2007

_____
Clerk

l0109